UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amina Eshmawy, | Civ. No. 20-1861 (PAM/ECW) |
| Plaintiff, | |
| v. | ORDER |
| QBE Insurance Corporation, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal. (Docket No. 25.) The parties seek a dismissal with prejudice.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Thursday, August 5, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge